IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00492-AP

LOU ANN THOMPSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Kathleen W. Robinson, Esq. | Jessica Milano |
| 2001 York Street | Special Assistant United States Attorney |
| Denver, CO 80205 | Assistant Regional Counsel |
| (303) 329-6400 | Office of the General Counsel |
| (303) 329-6410 (fax) | Social Security Administration |
| raalaw1021@qwestoffice.net | 1001 17th Street |
| | Denver, CO 80202 |
| | (303) 844-7136 |
| | (303) 844-0770 (fax) |
| | jessica.milano@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

This is an appeal of a Social Security benefits application. The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

    A.   Date Complaint Was Filed:   **February 27, 2012**

    B.   Date Complaint was Served on U.S. Attorney's Office:   **April 2, 2012**

    C.   Date Answer and Administrative Record Were Filed:   **May 30, 2012**[1]

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.   OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

**8.   BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

    A.   Plaintiff's Opening Brief:   **October 31, 2012**

---

[1] The parties recognize that this JCMP is not filed in a timely manner and apologize to the Court for the inconvenience. Both parties inadvertently overlooked the JCMP filing deadline due to calendaring errors. If the Court requires a separate filing, such as a motion for leave to file a JCMP out of time, the parties will jointly prepare and submit such separate filing.

    B.    Response Brief due:    **November 30, 2012**

    C.    Reply Brief due:    **December 17, 2012**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement:  **Plaintiff does not request oral argument.**

    B.    Defendant's Statement:  **Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    (  )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    ( **X** )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 24th day of _September, 2012.

    BY THE COURT:

    *s/John L. Kane*_____
    U.S. DISTRICT COURT JUDGE

APPROVED:

*s/ Jessica Milano for*
Kathleen W. Robinson, Esq.
2001 York Street
Denver, CO 80205
(303) 329-6400
(303) 329-6410 (fax)
raalaw1021@qwestoffice.net

Attorney for Plaintiff

(SIGNED PER ELECTRONIC
AUTHORIZATION)

JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado

*s/ Jessica Milano*
Jessica Milano
Special Assistant United States Attorney
1001 17th Street
Denver, CO 80202
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 24, 2012, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to the following e-mail address(es):

raalaw1021@qwestoffice.net (Kathleen W. Robinson, Esq., counsel for Plaintiff)
william.pharo@usdoj.gov
USACO.ECFCivil@usdoj.gov
jessica.milano@ssa.gov

              *s/ Jessica Milano*
              Office of the General Counsel
              Social Security Administration