IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00492-AP

LOU ANN THOMPSON,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:                          <u>For Defendant</u>:

Kathleen W. Robinson, Esq.              Jessica Milano
2001 York Street                        Special Assistant United States Attorney
Denver, CO 80205                        Assistant Regional Counsel
(303) 329-6400                          Office of the General Counsel
(303) 329-6410 (fax)                    Social Security Administration
raalaw1021@qwestoffice.net              1001 17th Street
                                        Denver, CO 80202
                                        (303) 844-7136
                                        (303) 844-0770 (fax)
                                        jessica.milano@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is an appeal of a Social Security benefits application.  The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.       **DATES OF FILING OF RELEVANT PLEADINGS**

      A.      Date Complaint Was Filed:   **February 27, 2012**

      B.      Date Complaint was Served on U.S. Attorney's Office:   **April 2, 2012**

      C.      Date Answer and Administrative Record Were Filed:  **May 30, 2012**[1]


4.       **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.


5.       **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.


6.       **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.


7.       **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.


8.       **BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

      A.      Plaintiff's Opening Brief:   **October 31, 2012**

---

[1] The parties recognize that this JCMP is not filed in a timely manner and apologize to the Court for the inconvenience. Both parties inadvertently overlooked the JCMP filing deadline due to calendaring errors. If the Court requires a separate filing, such as a motion for leave to file a JCMP out of time, the parties will jointly prepare and submit such separate filing.

B.      Response Brief due:              **November 30, 2012**

C.      Reply Brief due:                **December 17, 2012**


## 9.      STATEMENTS REGARDING ORAL ARGUMENT

A.      Plaintiff's Statement:  **Plaintiff does not request oral argument.**

B.      Defendant's Statement:  **Defendant does not request oral argument.**


## 10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.      ( )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.      ( **X** )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.


## 11.     OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.


## 12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*


DATED this 24th  day of _September, 2012.

BY THE COURT:

*<u>s/John L. Kane</u>*_____
U.S. DISTRICT COURT JUDGE

APPROVED:

_s/ Jessica Milano for_                        JOHN F. WALSH
Kathleen W. Robinson, Esq.               United States Attorney
2001 York Street
Denver, CO 80205                         WILLIAM G. PHARO
(303) 329-6400                         Assistant United States Attorney
(303) 329-6410 (fax)              United States Attorney's Office
raalaw1021@qwestoffice.net       District of Colorado

Attorney for Plaintiff

(SIGNED PER ELECTRONIC       _s/ Jessica Milano_
AUTHORIZATION)                   Jessica Milano
                                     Special Assistant United States Attorney
                                      1001 17th Street
                                      Denver, CO 80202
                                      (303) 844-7136
                                      (303) 844-0770 (fax)
                                      jessica.milano@ssa.gov

                                      Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 24, 2012, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to the following e-mail address(es):

raalaw1021@qwestoffice.net (Kathleen W. Robinson, Esq., counsel for Plaintiff)
william.pharo@usdoj.gov
USACO.ECFCivil@usdoj.gov
jessica.milano@ssa.gov


*s/ Jessica Milano*
Office of the General Counsel
Social Security Administration