IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00492-AP

LOU ANN THOMPSON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social,

    Defendant.

_____

**ORDER**
_____

Upon consideration of the parties' joint stipulation for fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2414 *et seq.*, IT IS HEREBY ORDERED:

1. Defendant will pay Plaintiff a total of $3,690.00 in EAJA fees and expenses. This amount is payable to Plaintiff, not directly to her counsel. Payment will be mailed to Plaintiff's attorney at her office: Kathleen W. Robinson, Esq.; 2001 York Street; Denver, CO 80205.

2. Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

3. Defendant's payment of this amount is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

4. This Order will not be used as precedent in any future cases.

DATED this 21st day of March, 2013.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Judge